This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CLAUDIO MOYA, NORA MOYA, FIDEL VALLEJOS, TONY A. CHAVEZ, HERMAN MIRELES, GLORIA ASKEN, ELIZABETH DIAZ, JAMES BARELA, MANUEL OTERO, DEMETRIO CHAVEZ, ESTHER MARTINEZ, EDDIE AYON, HERMAN CHAVEZ, CHRISTOPHER HIGGINS, PATRICK BACA, MELISSA J. SANCHEZ, LYDIA A. PIRO, CHRIS L. MONTOYA, MICHELLE BACA, SANDRA L. MONTOYA, MICHELLE GONZALES, JOANN M. CHAVEZ, PHILIP BACA, DUSTIN ARMSTRONG, JOSE M. TRILLO, PAUL GONZALES, CLOVIS TORRES, REGINA CHAVEZ, MARY MOYA, YVETTE GONZALES, RICKI ARMSTRONG, REUBEN CHAVEZ, JULIA GALLEGOS, PETE GALLEGOS, EARL C. GLEASON, and DARLA K. GLEASON**,

Plaintiffs-Appellants,

v.                                                          NO.   30,877

**BOARD OF COUNTY COMMISSIONERS OF VALENCIA COUNTY and VALENCIA HEALTH COMMONS, a New Mexico corporation**,

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**George P. Eichwald, District Judge**

James Lawrence Sánchez Trial Lawyer, PC
James Lawrence Sánchez
Belen, NM

for Appellant

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Arthur D. Melendres
Zachary L. McCormick
Albuquerque, NM

for Appellee Board of County Commissioners of Valencia County

Sanchez, Mowrer & Desiderio, P.C.
Robert J. Desiderio
Albuquerque, NM

for Appellee Valencia Health Commons

## MEMORANDUM OPINION

**VIGIL, Judge.**

Plaintiffs are local residents and taxpayers of Valencia County. Although Defendant Board of County Commissioners of Valencia County (the Board) and Defendant Valencia Health Commons (Health Commons) (collectively, Defendants) argued for dismissal on more than one ground [RP 96, 109, 126, 192], the order of dismissal was entered on the sole basis that Plaintiffs lack standing to bring this action. [RP 227] Plaintiffs contend that they have standing as local residents and property taxpayers to challenge the Board's recent payment of $30,000 to Health Commons to extend the contract to build a new hospital and emergency room in

Valencia County that previously had been authorized by Valencia County voters. [DS 6-7]  Plaintiffs also contend that standing should be conferred upon them by the "Great Public Importance Doctrine."  [DS 8-10]

This Court's calendar notice proposed to affirm the district court's order of dismissal.  [Ct. App. File, CN1]   The Board has filed a memorandum in support of the proposed disposition.  [Ct. App. File, MIS]   Plaintiffs have not responded to the calendar notice, and the time for doing so has passed.  For the reasons set forth in the calendar notice, we affirm the district court's order of dismissal.

**IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**


_____
**RODERICK T. KENNEDY, Judge**